RECEIVED
APR 17 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

4-10-20

Att: Judge Noel L. Hillman

I am writing you this with the utmost respect for you and your profession. Putting these words in motion striving to bring an end to the chaos, confusion, conflict. Hoping to bring forth knowledge, wisdom and understanding. Due to the current Pandemic that is consuming the world, which effects the reality that I'm faced with, I fear for the world as well as myself. I feel as though I'm justified in this fear. Because it is common knowledge of the unsanitary conditions as well as the unorthodox structure of the "BOP" wherefore I feel as though I am a "sitting duck". Watching this virus be passed from staff to staff, inmate to inmate, till it eventually is passed to me.

Your Honor, I not only have faith in the law, but respect for it. Therefore I feel as though you will have empathy towards my current dilemma. I was sentenced to 108 months, not death. In all honesty, if my time served was properly credited, I would have already completed my sentence. Unfortunately it was not, but GOD has granted me the serenity to accept the things that I cannot change.

During this incarceration I have very well accomplish alot, as well as overcame many obstacles. I have lost over 30 to 40 family members and friends to the nonsense that I once indulged in. My incarceration has honestly saved my life ... By having me on the outside looking in. I could clearly see the error of my ways. as well as the detrimental results.

Since changing my mentality, I've changed my actions, behavior & attitude. Which I am proud to say vividly reflects the positive and dignified principles that I pride myself upon.

My request of you is to

allow me to serve the remainder of my sentence on Home Confinement?? In this time of Fear, I believe I should be with my loved one's..

As I have informed you, I would already be released if the BOP properly credited my previous time served. I pray that you may shine some light upon me in my darkest moment, In hope's & Faith that I may see a brighter day. Will you "Please" give this your immediate attention? I anxiously await your response.

                        Thank you for you time & Patience.

                        Elijah Burks #63232-050
                        *Elijah Burks* (signature)

                        4-10-20

PS. NOTE: Also I've been informed that at your descression i can get 12months halfway house if court ordered and or Closer to home which I have yet to since 2012 I've been all over the BOP besides close to home & family atleased... Please consider as well? thanks again.

Case # 1:11-cr-00627-NLH-1



⇔63232-050⇔
Elijah Burks
52020 PO BOX
Federal corr Institution
Bennettsville, SC 29512
United States

13 APR 2020 PM 3 L

RECEIVED
APR 17 2020
AT 8:30
WILLIAM T. WALSH
CLERK

⇔63232-050⇔
District Court Of Clerk
PO BOX 2797
Camden, NJ 08101
United States

08101-279797